J. Hungerford Smith Company, Appellant, v. R. Elmer Shoemaker, Respondent.— Order affirmed, without costs. All concurred.

Frances Kubiak, as Administratrix, etc., Respondent, v. Marine National Bank, Appellant.— Judgment and order affirmed, with costs. All concurred.

Lucy Randall Gleason, Respondent, v. Eliot Norton and Another, Respondents. Henry Lacy, Appellant, and Others, Defendants.— Interlocutory judgment modified so as to adjudge that the appellant Henry Lacy is the owner of an undivided one-fourth interest in the property sought to be partitioned, and as so modified the judgment is affirmed, with costs of this appeal to the appellant. All concurred.

Henry Smith and Another, Appellants, v. George Brane, Respondent.— Order affirmed, with costs. All concurred.

Walter H. Brasted, Respondent, v. Henry Glover, Appellant.— Order entered May twelfth modified so as to provide for dismissal of appeal unless appellant file and serve record within two weeks after settlement, pay respondent's attorney ten dollars, and be ready for argument at opening of September term.

Queen City Brick Company, Inc., Respondent, v. Max L. Levine and Others, Appellants.— Appeal dismissed unless appellants file and serve brief and be ready for argument by May twenty-fifth.

In the Matter of the Application of Edwin Duffey, as Commissioner of Highways of the State of New York, for a Peremptory Writ of Mandamus against John J. Clark, as Treasurer of Onondaga County.— Order entered March 29, 1916 (See 173 App. Div. 919), amended so as to state that the affirmance was made as matter of law and not in the exercise of the discretion of the court.

In the Matter of Objections to the Certificate of Independent Nomina-

tions Made by a Body Known as "Citizens' Reform League."—Appeal dismissed, with costs, upon stipulation filed.